

Andrew J. Spano
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

June 30, 2008

Via Facsimile (914) 390-4179

Honorable Stephen C. Robinson
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Old St. George's LLC et al. v. Bianco et al.
08 CV 5321 (SCR)

Dear Judge Robinson:

This office represents defendant George Oros ("County Defendant") in the above referenced case. Pursuant to Rule I(E) of your Individual Practices, please accept this letter as a request for an extension of time to answer or move on behalf of County Defendant. Presently, the answer or motion is due on July 7, 2008. This is the first request for an extension in this case, and the undersigned has consulted with Plaintiff's counsel, who consents to the extension.

Consequently, we respectfully request that the time to answer or move be extended to August 8, 2008. Thank you for your consideration in this matter. Should you have any questions, I can be contacted at (914) 995-3671.

Respectfully submitted,

Hillary J. Raimondi
Associate County Attorney

cc: Andrew Campanelli, Esq.
Campanelli & Associates, P.C.
*via facsimile* – (516)746-2611

APPLICATION GRANTED

Stephen C Robinson 7/1/08

STEPHEN C. ROBINSION