UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
OLD ST GEORGE'S LLC, ATK CONSULTING INC.
and THOMAS DeCHIARO,

                              Plaintiffs,

    -against-

NICHOLAS BIANCO, Individually
LOUIS CAMPISI, Individually
LINDA COOPER, Individually
BRUCE BARBER, Individually
JOHN TEGEDER, Individually
WILLIAM D. GREGORY, Individually
THE TOWN OF YORKTOWN, and
GEORGE ORCS, Individually,

                              Defendants.
---------------------------------------------------------------x

**STIPULATION**

Docket No.: 08 CIV. 5321

Hon. Stephen C. Robinson

IT IS HEREBY STIPULATED TO AND AGREED, by and between counsel for the undersigned, that the time for Defendants, NICHOLAS BIANCO, Individually, LOUIS CAMPISI, Individually, LINDA COOPER, Individually, BRUCE BARBER, Individually, JOHN TEGEDER, Individually, WILLIAM D. GREGORY, Individually, and THE TOWN OF YORKTOWN, to answer or otherwise appear in this action is extended up through and including August 7, 2008.

Dated: Mineola, New York
        July 1, 2008

**CAMPANELLI & ASSOCIATES, P.C.**

By: Andrew J. Campanelli, Esq. (AC-4014)
*Attorneys for Plaintiffs*
129 Front Street
Mineola, New York 11501
(516) 746-1600

SO ORDERED:

*Stephen C Robinson* 7/10/08
Hon. Stephen C. Robinson

F:\5144\001\Stipulation.doc

Dated: White Plains, New York
        July 1, 2008

**WORMSER, KIELY, GALEF & JACOBS LLP**

By: Karen L. Wagner, Esq. (KW-2612)
*Attorneys for Defendants,*
*Nicholas Bianco, Individually, Louis Campisi,*
*Individually, Linda Cooper, Individually,*
*Bruce Barber, Individually, John Tegeder,*
*Individually, William D. Gregory, Individually,*
*and the Town of Yorktown*
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 997-0900