UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
OLD ST. GEORGE'S LLC, ATK CONSULTING INC.
and THOMAS DeCHIARO,

                        Plaintiffs,

-against-

NICHOLAS BIANCO, individually, LOUIS CAMPISI,
individually, BRUCE BARBER, individually, JOHN
TEGEDER, individually, WILLIAM D. GREGORY,
individually, THE TOWN OF YORKTOWN, and
GEORGE OROS, individually,

                        Defendants.
----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
08 Civ. 5321 (SCR)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendant NICHOLAS BIANCO, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
July 17, 2008

          MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
          Attorneys for Defendant NICHOLAS BIANCO

By: _____
      BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 08-319

TO:    CAMPANELLI & ASSOCIATES, P.C.
        Attorneys for Plaintiffs
        129 Front Street
        Mineola, New York 11501