U.S. DISTRICT COURT OF THE STATE OF NEW YORK

COUNTY OF **SOUTHERN DISTRICT**

OLD ST. GEORGE'S LLC, ATK CONSULTING INC ET AL   Petitioner(s) / Plaintiff(s)

— vs —

NICHOLAS BIANCO ET AL   Defendant(s) / Respondent(s)

CAMPANELLI & ASSOCIATES
129 FRONT STREET
MINEOLA, NY 11501

STATE OF NEW YORK: COUNTY OF **WESTCHESTER** : ss:

**CLEMENS W PANTALEO**, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **July 18, 2008** at **3:45 P.M.** at **16 CROTON AVE, OSSINING, NY 10562**
deponent served the within **SUM/VER/COMP/INDEX#&FILE DTE ENDORSED THEREON** on
**LINDA COOPER** defendant therein named.

**INDIVIDUAL**
1 ☒ By Personally delivering to and leaving with said **LINDA COOPER** a true copy thereof, and that he knew the person so served to be the person mentioned and described in said **sum/ver/comp**
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☐ By delivering to and leaving with _____ at _____, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

**SUITABLE AGE PERSON**
3 ☐ Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____, NY, the said premises being the defendants—respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☐ Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____, _____.

**PREVIOUS ATTEMPTS Use with 4**
6 ☐ Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age **50**   Approximate weight **130**   Approximate height **5'5"**   Sex **Female**
Color of skin **White**   Color of hair **Black**   Other **Glasses**

☒ spoke with **LINDA COOPER** who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 7/19/2008

JOHN L. WOLFSIE
Notary Public, State of New York
No. 4978167
Qualified in Westchester County
Commission Expires Feb. 25, 2011

CLEMENS W PANTALEO

*Interboro Attorney Service Corporation*
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000