UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

OLD ST. GEORGE'S LLC, ATK CONSULTING INC
And THOMAS DeCHIARO

                  Plaintiff,                  **NOTICE OF APPEARANCE**

     -against-                                       **08 CIV 5321 (SCR)**

NICHOLAS BIANCO, Individually
LOUIS CAMPISI, Individually
LINDA COOPER, Individually
BRUCE BARBER, Individually
JOHN TEGEDER, Individually
WILLIAM D. GREGORY, Individually
THE TOWN OF YORKTOWN, and
GEORGE OROS, Individually,
                  Defendants.
-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Charlene M. Indelicato, Westchester County Attorney, by Hillary J. Raimondi, Associate County Attorney, of counsel, hereby appears as counsel to Defendant GEORGE OROS in the above-captioned action.

Dated: White Plains, New York
        August 1, 2008

                                          CHARLENE M. INDELICATO
                                          Westchester County Attorney
                                          Attorney for County Defendants

                                          By:_____/s/_____
                                            Hillary J. Raimondi (HR0198)
                                            Associate County Attorney
                                                of Counsel
                                          600 Michaelian Office Building
                                          148 Martine Avenue
                                          White Plains, New York  10601
                                          (914) 995-3671

To:    Andrew J. Campanelli, Esq.
Campanelli & Associates, P.C.
***Attorney for Plaintiffs***
129 Front Street
Mineola, New York 11501
(516) 746-1600

Brian Sokoloff, Esq.
Miranda Sokoloff Sambursky
Slone Verveniotis, LLP
***Attorney for Defendant Bianco***
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

Karen Wagner, Esq.
Wormser, Kiely, Galef & Jacobs LLP
***Attorney for Yorktown Defendants***
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 997-0900

William H. Bave, Jr.
Wilson, Bave, Conboy, Cozza & Couzens, P.C.
***Attorney for Defendant Campisi***
2 William Street, 5th Floor
White Plains, New York 10601

Ralph Schoene, Esq.
Vouté Lohrfink Magro & Collins, LLP
***Attorney for Defendant Cooper***
170 Hamilton Avenue
White Plains, New York
(914) 946-1400