UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
OLD ST. GEORGE'S LLC, ATK CONSULTING,
INC. AND THOMAS DeCHIARO,

                                    Plaintiff(s),

                      - against -

NICHOLAS BIANCO, individually, LOUIS CAMPISI,
individually, LINDA COOPER, individually,
BRUCE BARBER, individually, JOHN TEGEDER,
individually, WILLIAM D. GREGORY, individually,
THE TOWN OF YORKTOWN, and GEORGE OROS,
individually,

                                   Defendant(s).
-------------------------------------------------------------------- X
COUNSELOR(S)

Docket No.
08 CV 5321 (SCR)

NOTICE OF
APPEARANCE

      PLEASE TAKE NOTICE, that Ralph F. Schoene, a member of the firm of Vouté, Lohrfink, Magro & Collins, LLP,  hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated:  White Plains, New York
         August 4, 2008

                                  Yours, etc.,

                                  VOUTÉ, LOHRFINK, MAGRO & COLLINS

by:    _____
              Ralph F. Schoene
              Attorneys for Defendant(s)
              LINDA COO0PER
              Office and P.O. Address
              170 Hamilton Avenue
              White Plains, New York 10601-1789
              (914) 946-1400

TO:    ANDREW J. CAMPANELLI, ESQ.
Campanelli & Associates, P.C.
129 Front Street
Mineola, New York 11501

MIRANDA, SOKOLOFF, SAMBURSKY,
SLONE & VERVENIOTIS, LLP
Attorneys for Defendant Bianco
240 Mineola Boulevard
Mineola, NY 11501

WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
Attorneys for Defendant Campisi
2 William Street
White Plains, New York 10601

WORMSER KIELY, GALEF & JACOBS, LLP
Attorneys for Defendants
Barber, Tegeder, Gregory and
Town of Yorktown
399 Knollwood Rod
White Plains, NY 10603-1931

HILLARY J. RAIMONDI, ESQ.
County Attorney, County of Westchester
Attorney for Defendant Oros
148 Martine Avenue
White Plains, NY 10601