## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NASSAU  )

Leila Krim, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Long Beach, New York.

That on August 5, 2008, deponent served the within **NOTICE OF MOTION FOR DISMISSAL OF PLAINTIFFS' COMPLAINT and DECLARATION OF BRIAN S. SOKOLOFF IN SUPPORT OF DEFENDANT BIANCO'S MOTION TO DISMISS** upon:

CAMPANELLI & ASSOCIATES, P.C.
Attorneys for Plaintiffs
129 Front Street
Mineola, New York 11501

WORMSER, KILEY, GALEF & JACOBS, LLP
399 Knollwood Road
PO Box 307
White Plains, New York 10603

WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
2 William Street, 5th Floor
White Plains, New York 10601

VOUTE, LOHRFINK, MAGRO & COLLINS, LLP
170 Hamilton Avenue
White Plains, New York 10601

OFFICE OF THE COUNTY ATTORNEY
148 Martine Avenue, 6th Floor
White Plains, New York 10601

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Leila Krim

Sworn to before me this 5th
day of August, 2008.

_____
NOTARY PUBLIC

KATHLEEN C. WITT
Notary Public, State of New York
No. is 01WI5054504
Qualified in Nassau County
Commission Expires January 16, 2010