UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Old St. George's LLC, et al.

                          Plaintiff(s)

                                v.

Nicholas Bianco, et al.

                        Defendants(s)
-------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 CV 5321 (SCR) (MDF)

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Social Security |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Settlement* | Particular Motion: _____ |
| ___ | Inquest After Default/Damages Hearing | All such motions: _____ |
| ___ | For jury selection | |
| ___ | Habeas Corpus | |

* Do not check if already referred for general pretrial.

DATED:    White Plains, New York
8/6/08

SO ORDERED.

*[signature]* Stephen C. Robinson
United States District Judge
Stephen C. Robinson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: