UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLD ST. GEORGE'S LLC, ATK CONSULTING INC.
and THOMAS DeCHIARO,

                                    Plaintiffs,                  **08 CIV 5321 (SCR)**

    -against-                                           **NOTICE OF APPEARANCE**

NICHOLAS BIANCO, Individually
LOUIS CAMPISI, Individually
LINDA COOPER, Individually
BRUCE BARBER, Individually
JOHN TEGEDER, Individually
WILLIAM D. GREGORY, Individually
THE TOWN OF YORKTOWN, and
GEORGE OROS, Individually,

                                   Defendants.
------------------------------------------------------------------X

COUNSELORS:

      PLEASE TAKE NOTICE, That the defendant LOUIS CAMPISI, hereby appears in the above action, and that the undersigned have been retained as Attorney(s) for said defendant, and that all future correspondence and papers in connection with this action are to be directed to the undersigned at the address indicated below.

Dated: White Plains, New York
         August 7, 2008

                                                Yours, etc.,

                                                WILSON, BAVE, CONBOY, COZZA &
                                                COUZENS, P.C.

                                                _____
                                                WILLIAM H. BAVE, JR. (0349)
                                                Attorneys for Defendant CAMPISI
                                                Two William Street
                                                White Plains, New York 10601
                                                (914) 686-9010

To:   ANDREW J. CAMPANELLI, ESQ.
      CAMPANELLI & ASSOCIATES, P.C.
      Attorneys for Plaintiffs
      OLD ST. GEORGE'S LLC, ATK CONSULTING INC.
      and THOMAS DeCHIARO,
      129 Front Street
      Mineola, New York 11501
      (516) 746-1600

      MIRANDA, SOKOLOFF, SAMBURSKY
      SLONE & VERVENIOTIS, LLP
      Attorneys for Defendant BIANCO
      240 Mineola Boulevard
      Mineola, New York 11501
      (516) 741-7676

      RALPH F. SCHOENE, ESQ.
      VOUTE, LOHRFINK, MAGRO & COLLINS, LLP
      Attorneys for Defendant COOPER
      170 Hamilton Avenue
      White Plains, New York 10601-1789
      (914) 946-1400

      WORMSER KIELY, GALEF & JACOBS, LLP
      Attorneys for Defendants BARBER
      TEGEDER, GREGORY and
      TOWN OF YORKTOWN
      399 Knollwood Road
      White Plains, New York 10603-1931
      (914) 997-0900

      HILLARY J. RAIMONDI, ESQ.
      COUNTY ATTORNEY, COUNTY OF WESTCHESTER
      Attorney for Defendant OROS
      148 Martine Avenue
      White Plains, New York 10601
      (914) 995-3671

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, the foregoing NOTICE OF APPEARANCE was served in accordance with the Federal Rules of Civil Procedure and/or the United States District Courts for the Southern and Eastern Districts of New York Local Civil Rules, upon the foregoing parties via Official United States Post Office Box:

I further certify that all the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: White Plains, New York
       August 7, 2008

                                WILSON, BAVE, CONBOY, COZZA &
                                COUZENS, P.C.

                                WILLIAM H. BAVE, JR. (0349)
                                Attorneys for Defendant CAMPISI
                                Two William Street
                                White Plains, New York 10601
                                (914) 686-9010

To:    ANDREW J. CAMPANELLI, ESQ.
         CAMPANELLI & ASSOCIATES, P.C.
         129 Front Street
         Mineola, New York 11501

         MIRANDA, SOKOLOFF, SAMBURSKY
         SLONE & VERVENIOTIS, LLP
         240 Mineola Boulevard
         Mineola, New York 11501

         RALPH F. SCHOENE, ESQ.
         VOUTE, LOHRFINK, MAGRO & COLLINS, LLP
         170 Hamilton Avenue
         White Plains, New York 10601-1789

         WORMSER KIELY, GALEF & JACOBS, LLP
         399 Knollwood Road
         White Plains, New York 10603-1931

         HILLARY J. RAIMONDI, ESQ.
         COUNTY ATTORNEY, COUNTY OF WESTCHESTER
         148 Martine Avenue
         White Plains, New York 10601