UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

OLD ST. GEORGE'S LLC, ATK CONSULTING, INC. AND THOMAS DeCHIARO,

Docket No.
08 CV 5321 (SCR)

Plaintiff(s),

- against -

STIPULATION

NICHOLAS BIANCO individually, LOUIS CAMPISI, individually, LINDA COOPER, individually, BRUCE BARBER, individually, JOHN TEGEDER, individually, WILLIAM D. GREGORY, individually, THE TOWN OF YORKTOWN, and GEORGE OROS, individually,

Defendant(s).
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned, that the time for defendant, LINDA COOPER, individually, to answer or move against plaintiff's Complaint is hereby extended until August 21, 2008, unless Judge Stephen C. Robinson approves a briefing schedule which contemplates a later date to file a pre-Answer motion to dismiss, in which case defendant LINDA COOPER's time to move will be extended further to coincide with the briefing schedule.

Dated: White Plains, New York
August 4, 2008

Vouté, Lohrfink, Magro & Collins, LLP

by: Ralph F. Schoene
Attorney(s) for Defendant(s)
170 Hamilton Avenue
White Plains, New York 10601

Campanelli & Associates, P.C.

by: Andrew J. Campanelli    (C-4014)
Attorney(s) for Plaintiff(s)
129 Front Street
Mineola, New York 11501