## CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

129 Front Street • Mineola, New York 11501
Telephone (516) 746-1600
Facsimile  (516) 746-2611

Andrew J. Campanelli
*Member of NY & CT Bar*

David A. Antwork
David Rong

COUNSEL

George B. McPhillips
1930-1994

August 19, 2008

**VIA ECF**
Hon. Stephen C. Robinson
U. S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

Re:   Old St. George's LLC et al v. Bianco et al
      Case #: 7:08-cv-05321-SCR-MDF
      <u>CORRECTION OF ADDRESS</u>

Dear Judge Robinson:

Please be advised that the address and telephone numbers for Andrew J. Campanelli currently listed on the Civil Docket for Case number 7:08-cv-05321-SCR-MDF are incorrect.

The correct address and telephone numbers for our office are listed in our letterhead above and should be changed on the Court's Civil Docket accordingly.

Thank you for your courtesy in this regard.

Very truly yours,

*Carole-Ann O'Shea*
Carole-Ann O'Shea for
Andrew J. Campanelli

/cao

cc:   <u>via ECF</u>
      William H. Bave, Esq.
      Hillary J. Raimondi, Esq.
      Ralph F. Schoene, Esq.
      Brian S. Sokoloff, Esq.