UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
OLD ST. GEORGE'S LLC, ATK CONSULTING,
INC. AND THOMAS DeCHIARO,

                                  Plaintiff(s),

      - against -

NICHOLAS BIANCO, individually, LOUIS CAMPISI,
individually, LINDA COOPER, individually,
BRUCE BARBER, individually, JOHN TEGEDER,
individually, WILLIAM D. GREGORY, individually,
THE TOWN OF YORKTOWN, and GEORGE OROS,
individually,

                                  Defendant(s).
------------------------------------------------------------------ X

Docket No.
08 CV 5321 (SCR)

NOTICE OF MOTION
FOR DISMISSAL
OF PLAINTIFF'S
COMPLAINT

     PLEASE TAKE NOTICE, that, upon the accompanying Affirmation of Ralph F. Schoene, the Affidavit of Linda Cooper dated August 20, 2008, and the exhibits annexed thereto, the Memorandum of Law in Support of Defendant Linda Cooper's Motion to Dismiss; and upon all pleadings and proceedings heretofore had herein, defendant Linda Cooper, by her attorneys, Vouté, Lohrfink, Magro & Collins, LLP, will move this Court before Honorable Stephen C. Robinson, United States District Judge, in the United States District Court for the Southern District of New York, located at the U.S. Courthouse, 300 Quarropas Street, Room 218, White Plains, New York 10601, on November 7, 2008 at 10:00 a.m., for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing this action in its entirety, and for such other and further relief as this Court deems just and proper.

Dated:  White Plains, New York
          August 21, 2008

Yours, etc.,

VOUTÉ, LOHRFINK, MAGRO & COLLINS, LLP

by: _____
Ralph F. Schoene
Attorneys for Defendant LINDA COOPER
170 Hamilton Avenue
White Plains, New York 10601-1789
Tel.: (914) 946-1400

TO:  ANDREW J. CAMPANELLI, ESQ.
CAMPANELLI & ASSOCIATES, P.C.
Attorneys for Plaintiffs
129 Front Street
Mineola, New York 11501

MIRANDA, SOKOLOFF, SAMBURSKY,
SLONE & VERVENIOTIS, LLP
Attorneys for Defendant Bianco
240 Mineola Boulevard
Mineola, NY 11501

WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
Attorneys for Defendant Campisi
2 William Street
White Plains, New York 10601

WORMSER KIELY, GALEF & JACOBS, LLP
Attorneys for Defendants
Barber, Tegeder, Gregory and
Town of Yorktown
399 Knollwood Rod
White Plains, NY 10603-1931

HILLARY J. RAIMONDI, ESQ.
County Attorney, County of Westchester
Attorney for Defendant Oros
148 Martine Avenue
White Plains, NY 10601