Affidavit of Service

STATE OF NEW YORK        )
                         ) SS:
COUNTY OF WESTCHESTER    )

      Mary Ann Fera being sworn says:

      I am not a party to the action, am over 18 years of age and reside in Bronx, N.Y.

      On August 21, 2008, I served a true copy of the annexed NOTICE OF MOTION, AFFIRMATION, AFFIDAVIT AND MEMORANDUM OF LAW by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:
Andrew J. Campanelli, Esq.
Campanelli & Associates, P.C.
129 Front Street
Mineola, New York 11501

Miranda, Sokoloff, Sambursky,
Slone & Verveniotis, LLP
240 Mineola Boulevard
Mineola, NY 11501

Wilson, Bave, Conboy, Cozza & Couzens, P.C.
2 William Street
White Plains, New York 10601

Wormser Kiely, Galef & Jacobs, LLP
399 Knollwood Rod
White Plains, NY 10603-1931

Hillary J. Raimondi, Esq.
County Attorney, County of Westchester
148 Martine Avenue
White Plains, NY 10601

                                                        _____
                                                          Mary Ann Fera

Sworn to before me on the
21st day of August, 2008.

_____