UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
OLD ST. GEORGE'S LLC, ATK CONSULTING INC., and
THOMAS DeCHIARO,

                    Plaintiffs,

-against-

NICHOLAS BIANCO, individually, LOUIS CAMPISI, individually, LINDA COOPER, individually, BRUCE BARBER, individually, JOHN TEGEDER, individually, WILLIAM D. GREGORY, individually, THE TOWN OF YORKTOWN, individually, and GEORGE OROS, individually,

                    Defendants.
----------------------------------------------------------x

Docket No.: 08-CIV-5321
(SCR)

**STIPULATION AMENDING BRIEFING SCHEDULE FOR DEFENDANT BIANCO'S MOTION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned, that the time for the plaintiffs to respond or otherwise move herein with relation to defendant Bianco's Motion to Dismiss in this action is hereby extended to and including the 26th day of September, 2008. Defendant Bianco's time to reply or otherwise respond to plaintiffs' response is hereby extended to and including the 17th day of October, 2008.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile copies of the undersigned signatures are deemed to be original.

DATED:  Mineola, New York
            August 22, 2008

CAMPANELLI & ASSOCIATES, P.C.
Attorneys for Plaintiffs
By: ANDREW I. CAMPANELLI
129 Front Street
Mineola, New York 11501
(516) 746-1600

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendant **Nicholas Bianco**
By: BRIAN S. SOKOLOFF (BSS-7147)
MELISSA HOLTZER (MH-6636)
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 08-319