UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
OLD ST. GEORGE'S LLC, ATK CONSULTING INC., and THOMAS DeCHIARO,

                Plaintiffs,

-against-

NICHOLAS BIANCO, individually, LOUIS CAMPISI, individually, LINDA COOPER, individually, BRUCE BARBER, individually, JOHN TEGEDER, individually, WILLIAM D. GREGORY, individually, THE TOWN OF YORKTOWN, individually, and GEORGE OROS, individually,

                Defendants.
-----------------------------------------------------------x

Docket No.: 08-CIV-5321 (SCR)

**NOTICE OF MOTION FOR DISMISSAL OF PLAINTIFFS' COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Brian S. Sokoloff and the exhibits annexed thereto; the Memorandum of Law in Support of Defendant Nicholas Bianco's Motion to Dismiss; and upon all pleadings and proceedings heretofore had herein, defendant Nicholas Bianco, by its attorneys, Miranda Sokoloff Sambursky Slone Verveniotis LLP, will move this Court before Honorable Stephen C. Robinson, United States District Judge, in the United States District Court for the Southern District of New York, located at the U.S. Courthouse, 300 Quarropas Street, Room 218, White Plains, New York 10601, on **September 10, 2008 at 10:00 AM**, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing this action in its entirety, and for such other and further relief as this Court deems proper and just.

DATED:    Mineola, New York
               August 4, 2008

          MIRANDA SOKOLOFF SAMBURSKY
          SLONE VERVENIOTIS LLP
          Attorneys for Defendants

By:     BRIAN S. SOKOLOFF (BSS-7147)
          MELISSA HOLTZER (MH-6636)
          240 Mineola Boulevard
          Mineola, New York 11501
          (516) 741-7676
          Our File No.: 08-319

TO:

    CAMPANELLI & ASSOCIATES, P.C.
    129 Front Street
    Mineola, New York 11501

    WORMSER, KILEY, GALEF & JACOBS, LLP
    399 Knollwood Road
    PO Box 307
    White Plains, New York 10603

    WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.
    2 William Street, 5th Floor
    White Plains, New York 10601

    VOUTE, LOHRFINK, MAGRO & COLLINS, LLP
    170 Hamilton Avenue
    White Plains, New York 10601

    OFFICE OF THE COUNTY ATTORNEY
    148 Martine Avenue, 6th Floor
    White Plains, New York 10601