UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

OLD ST. GEORGE'S LLC, ATK CONSULTING INC., and THOMAS DeCHIARO,

                    Plaintiffs,

-against-

NICHOLAS BIANCO, individually, LOUIS CAMPISI, individually, LINDA COOPER, individually, BRUCE BARBER, individually, JOHN TEGEDER, individually, WILLIAM D. GREGORY, individually, THE TOWN OF YORKTOWN, individually, and GEORGE OROS, individually,

                    Defendants.
-------------------------------------------------------X

Docket No. 08-CIV-5321 (SCR)

**STIPULATION EXTENDING TIME TO RESPOND TO DEFENDANT BIANCO'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned, that the time for the plaintiffs to respond or otherwise move herein with relation to defendant Bianco's Motion to Dismiss in this action dated August 4, 2008 and filed on August 26, 2008 is hereby extended to and including the 17th day of October, 2008. Defendant Bianco's time to reply or otherwise respond to plaintiffs' response is hereby extended to and including the 7th day of November, 2008. Defendant Bianco's Motion to Dismiss, originally returnable on the 10th day of September, 2008 at 9:30 am, is hereby moved to the 7th day of November, 2008 at 9:30 am, or as soon thereafter as counsel can be heard.

1

UNITED STATES DISTRICT COURT						Docket No.: 08-CIV-5321
SOUTHERN DISTRICT OF NEW YORK					(SCR)

IT IS FURTHER STIPULATED AND AGREED that facsimile copies of the undersigned signatures are deemed to be original.

Dated: September 3, 2008
       Mineola, NY 11501

_____
CAMPANELLI & ASSOCIATES, P.C.

By: Andrew J. Campanelli
Attorneys for the Plaintiffs
129 Front Street
Mineola, New York 11501
(516) 746-1600

_____
MIRANDA SCKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
By: ~~Brian S. Sckoloff~~ Melissa Holter
Attorneys for the Defendant Bianco
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

2